The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM YOUNUS IDREES HAYYAWI,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CUCCINELLI, *et al.*,<br><br>Defendants. | No. C20-01295 RAJ<br><br>STIPULATED ORDER FOR DISMISSAL |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs. Defendants agree that United States Citizenship and Immigration Service ("USCIS") will adjudicate Plaintiff Ibrahim Younus Idrees Hayyawi's naturalization application within fourteen days of this Court's order dismissing this case.  If the application is approved, USCIS will conduct the oath ceremony within thirty days of this Court's order dismissing this case.

///

///

///

STIPULATED ORDER FOR DISMISSAL.
 (C20-01295 RAJ) - 1

Dated: October 1, 2020

Respectfully submitted,

BARON LAW PLLC

*s/ Alex Baron*
ALEX BARON WSBA #47526
130 Andover Park East, Suite 300
Tukwila, WA 98188
Tel.: (206) 412-6744
Email: baronlawpllc@gmail.com

*Attorney for Plaintiff*

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED.  The case is dismissed without prejudice with each party to bear their own costs. Defendants will adjudicate Plaintiff's naturalization application within fourteen days of this Court's order.  If the application is approved, United States Citizenship and Immigration Services will conduct the oath ceremony within thirty days of this Court's order.

SO ORDERED.

DATED this 2nd day of October, 2020.

The Honorable Richard A. Jones
United States District Judge

STIPULATED ORDER FOR DISMISSAL.
 (C20-01295 RAJ) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800